**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01667-CMA-KMT

MALI TOLMAN,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served November 3, 2015 and the acceptance thereof filed November 6, 2015, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Mali Tolman and against the Defendant Stellar Recovery, Inc. in the amount of $1,000.01. In addition, Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant; said Plaintiff's costs and reasonable attorney's fees shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.41 from the date of entry of Judgment.

DATED November 13, 2015.

                                              JEFFREY P. COLWELL, CLERK

                                              By:s/V. Barnes
                                              V. Barnes, Deputy Clerk
                                              _____